# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NEIL ANAND, M.D., et. al.,** *Plaintiffs,* | : : : | **CIVIL ACTION** |
| v. | : : | |
| **JED SHAPIRO, M.D., et. al.,** *Defendants.* | : : : | **No. 19-600** |

## ORDER

**AND NOW**, this **25th** day of **March 2019**, upon consideration of the Motion to Dismiss and for a More Definitive Statement of Defendants, Jed Shapiro, M.D., Charles Williams, M.D., and Institute for Advanced Medicine and Wellness, PLLC (ECF No. 5) and in accordance with the Court's accompanying Opinion, it is hereby **ORDERED** that Defendants' Motion to Dismiss and for a More Definitive Statement (ECF No. 5) is **DISMISSED**. Defendants' must file an answer to Plaintiff's Complaint on or before April 8, 2019.

**BY THE COURT:**

_____
**CHAD F. KENNEY, JUDGE**