**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NEIL ANAND, M.D., *et al.*,** | : | **CIVIL ACTION** |
| ***Plaintiffs,*** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JED SHAPIRO, M.D., *et al.*,** | : | **No. 19-cv-0600** |
| ***Defendants.*** | : | |

**ORDER**

**AND NOW**, this **4th** day of **November 2026**, upon consideration of Plaintiff Neil K. Anand, M.D.'s Emergency Request for Reopening of Case, Production of Documents, Discovery, and Monetary Sanctions (the "Motion") (ECF No. 40), and the docket, it is hereby **ORDERED** that Plaintiff's Motion (ECF No. 40) is **DENIED** for the reasons stated in the accompanying memorandum opinion.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**